WILLIAM C. MAXEY
MARK J. HARRIS
MAXEY LAW OFFICES, P.S.
1835 W. Broadway Avenue
Spokane, WA  99201
509.326.0338
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHERRY ANDREWS, Personal Representative for the Estate of MISTY FORD; A. FORD, beneficiary of the estate and individually and; N. FORD, beneficiary of the estate and individually and ETHEL FORD, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA; Correctional Officer CLIFFORD MATHERLY, an individual; Correctional Officer CLARICE MATHERLY, an individual; KATHERINE WHIPPLE, M.D., an individual; and DOES 1-10; <br><br> Defendants. | NO.  CV-07-361-FVS <br><br> ORDER TO VACATE SCHEDULING ORDER AND STAY PROCEEDINGS |

ORDER TO VACATE
AND STAY - 1

This matter having been before this court on the parties' stipulation to vacate scheduling order and stay proceedings, it is,

HEREBY ORDERED that:

1. The parties stipulation to vacate the scheduling order is **GRANTED.   All deadlines and hearings are vacated.**

2. The parties stipulation to stay the proceedings pending finalization of the settlement agreement in cause number CV-07-361-FVS, is **GRANTED.**   This matter is STAYED.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to counsel.

DATED this 14th day of September, 2009.

      s/ Fred Van Sickle
_____
FRED VAN SICKLE
United States District Court Judge

ORDER TO VACATE
AND STAY - 2

**Maxey Law Offices, P.S.**
1835 West Broadway Avenue
Spokane, Washington 99201
(509) 326-0338